```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN CALLAGHAN,                                              JUDGMENT
                                                             07-CV- 5231 (JG)
                        Plaintiff,

    -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                        Defendant.
------------------------------------------------------------X
```

An Order of Honorable John Gleeson, United States District Judge, having been been filed on July 15, 2008, reversing the decision of the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings to further develop the record including, but not limited to, a new hearing, which will be conducted by a different Administrative Law Judge than Administrative Law Judge Marilyn Hoppenfeld; it is

ORDERED and ADJUDGED that decision of the Commissioner of Social Security is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings to further develop the record including, but not limited to, a new hearing, which will be conducted by a different Administrative Law Judge than Administrative Law Judge Marilyn Hoppenfeld.

Dated: Brooklyn, New York
       July 17, 2008

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court